United States District Court
District of South Dakota
Southern Devision

Courtney Richmond

vs
State of South Dakota
Trooper Jordan Anderson
#HP94, officer Kevin Krohn
#HP Cody Jansen, Daniel Hagger
Mark Hodges, united States
District Court Southern Devision
Minnehaha County civil clerks
office, Matt thelen

24-4067

Deprivation of Rights under Section 242 of title 18 in retaliation after lawsuit filed 423-cv-04168-RAL

Complaint

In Case # 4:24-CR-40005-KES-1 Stemming from my lawsuit the state has involved the united States in Depriving the plaintiff of his rights under the 14th 4th Right to due process. The minnehaha civil Clerks office has not responded to my complaint Still depriving the plaintiff of his right of a response and now after finding out the Defendants were in default for not responding plaintiff was retaliated on by defendants. Case # 423-CV-04168-RAL

Matt thelen Denied the plaintiff of the default Judgement and even after Matt thelen told the plaintiff the defendants were in default.

The defendants #Hp94, #Hp Cody Jansen, had the brandon police department call the plaintiff's phone to tell the plaintiff someone ran into his car to lure the plaintiff out of his house. The plaintiff went to go get the police report and was pulled over by the state troopers and the DEA.

The Troopers said to Mr Richmond get out the car after pulling the plaintiff over you have a warrant for your arrest this was the second lie and arrested the plaintiff. There was no warrant for the plaintiffs arrest and the state troopers still arrested the plaintiff.

The plaintiff seen all videos of the stop and the arrest. plaintiff had a panic attack and did not recieve treatment while being kidnapped by the state troopers and plaintiff sat in trooper Jansen's car for 40 minutes or more while plaintiff continued to ask for a warrant there was no warrant for over 2 hours after the arrest and plaintiff still did not recieve treatment and when he did it was the following day excuse me no nurse for days and found out later.

The plaintiff was diagnosed with high blood pressure and also the plaintiff had surgery on his knee and did not recieve treatment for that as well. This criminal case #4:24-CR-40005-KES-1 is a retatiation because the plaintiff filed a case against Minnehaha County and now the clerk of united states District court of South DAkota Southern Devision are Depriving the plaintiff of his right to due process. plaintiff has now let the united states District court know this is a violation of section 242 of title 18 in other fillings and would like a Jury trial for the deprivation of rights violations and dismissal of the case brought after the plaintiff filed this lawsuit case # 4:24-CR-40005-KES USA v. Richmond et AL

The plaintiff is also suing defendant for obstruction of Justice violation of 1st Amendment worrel v. henry Bad faith and Title 18 uS.C Section 242 Says... whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any person in any state territory, commonwealth, possession or District to the Deprivation of any rights, privilages or immunities secured or protected by the Constitution or laws of the united states shall be fined under this title or imprisoned.   Courtney Richmond 4/10/2024